IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01981-BNB

ROB ALLEN PATTERSON,

    Plaintiff,

v.

PUEBLO COUNTY JAIL MEDICAL,
DR. [name unknown], Pueblo County Jail,
NURSE JENNY,
OFFICER STURANTVANT,
PUEBLO COUNTY JAIL CLASSIFICATION, and
NARCOTICS DIV. MAIL ROOM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 23 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Rob Allen Patterson is a prisoner at the Pueblo County Jail in Pueblo, Colorado. On August 31, 2009, Mr. Patterson filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. On September 4, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Patterson to file an amended complaint that clarifies both who he is suing and the specific claims that are being asserted against each named Defendant. Mr. Patterson was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Patterson has failed to file an amended complaint within the time allowed and he has filed to respond in any way to Magistrate Judge Boland's September 4 order. Mr. Patterson did file a letter to the Court with various attachments on September 8, 2009, but the letter and the attachments do not address Magistrate Judge

Boland's September 4 order and do not clarify who is being sued or what specific claims are being asserted in this action. Therefore, the Prisoner Complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 23 day of Oct, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01981-BNB

Rob Allen Patterson
Prisoner No. 3892
Pueblo County Jail
909 Court Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/23/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk